**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BEATRICE M. BAUR

                    Plaintiff,

       v.

LAW OFFICES OF GERALD E. MOORE &
ASSOCIATES, PC; and
WORLDWIDE ASSET PURCHASING, LLC

                    Defendants.
_____/

Case No. 07-CV-10939

Hon. Paul D. Borman

Ref. Judge Paul J. Komives

## ORDER OF DISMISSAL

        Pursuant to the parties' stipulated notice of dismissal this matter is dismissed with prejudice as to Plaintiff only, without prejudice to the putative class.


                            s/Paul D. Borman_____
                            PAUL D. BORMAN
                            UNITED STATES DISTRICT
                            JUDGE

        Dated:  September 7, 2007

CERTIFICATE OF SERVICE

        Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 7, 2007.


                            s/Denise Goodine_____
                            Case Manager